**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN MOFFITT, | ) | No. EDCV 11-1297-AHS(CW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| PATTON STATE HOSPITAL, | ) | |
| Respondent, | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: November 22, 2011

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
United States District Judge