1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   BRIAN MOFFITT,                    )        No. EDCV 11-1297-AHS(CW)
                                        )
13                   Petitioner,        )
                                        )        JUDGMENT
14              v.                      )
                                        )
15   PATTON STATE HOSPITAL,             )
                                        )
16                   Respondent,        )
     _____)
17

18

19        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

20   dismissed without prejudice.

21

22   DATE:   November 22, 2011

23

24                                        ALICEMARIE H. STOTLER
                                          _____
25                                          ALICEMARIE H. STOTLER
                                          United States District Judge
26

27

28